

# Fourth Court of Appeals
## San Antonio, Texas

July 19, 2017

No. 04-17-00223-CV

Maria Lidia **GONZALEZ**,
Appellant

v.

**ESTATE OF IDELFONSO RAMIREZ**,
Appellee

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 6215
Honorable Jose A. Lopez, Judge Presiding

# O R D E R

The Clerk's record and reporter's record in this appeal were due on or before May 11, 2017. The clerks' record was filed on April 11, 2017, on the same day as the notice of appeal. Because the clerk's record did not contain some required documents, the clerk was given additional time to supplement the clerk's record. However, the supplemental clerk's record still does not contain the signed final judgment that supports this appeal. The reporter's record has not been filed.

We, therefore, ORDER the court clerk to file the supplemental clerk's record on or before July 26, 2017. We ORDER the court reporter to file the reporter's record on or before July 26, 2017. If a correct supplemental clerk's record and the reporter's record are not received by such date, an order may be issued directing the court clerk and/or court reporter to appear and show cause why she should not be held in contempt for failing to file the appropriate record.

No motions for extension of time will be granted absent extenuating circumstances. *See id.* 35.3(c) (noting that the trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed).

_Irene Rios_
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of July, 2017.



Luz Estrada
Chief Deputy Clerk